**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0204n.06
Filed: March 20, 2007

**No. 06-1638**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| EUGENE PALLISCO, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| HURON TOWNSHIP; HURON | ) | EASTERN DISTRICT OF MICHIGAN |
| TOWNSHIP LOCAL DEVELOPMENT | ) | |
| FINANCE AUTHORITY; LESLIE | ) | |
| MEYERS; DAVID NIELSEN, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: COLE, SUTTON, and COOK, Circuit Judges.

PER CURIAM.  Eugene Pallisco appeals the district court's dismissal of his suit against the defendants[1] for failure to state a claim upon which relief can be granted.  Having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.

---

[1]On June 26, 2006, in light of David Nielsen's settlement with Pallisco, this court ordered Nielsen dismissed from this appeal.